

# Fourth Court of Appeals
## San Antonio, Texas

November 14, 2022

No. 04-22-00582-CV

**IN THE INTEREST OF T.J.B.**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI19887
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

On October 25, 2022, we ordered appellant to provide written proof stating he either paid the district clerk's fee or made arrangements satisfactory to the district clerk to pay the fee. On October 27, 2022, we further ordered appellant to provide written proof showing he properly requested the correct court reporter to prepare the reporter's record. We also required appellant's response to show he either paid the court reporter's fee or made arrangements with the court reporter to pay the fee. On November 2, appellant filed sufficient responses to our orders, and on November 9, 2022, the district clerk filed the clerk's record. We therefore **order** the court reporter, Herminia Torres, to file the reporter's record **by December 14, 2022.**

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of November, 2022.

_Michael A. Cruz_
Michael A. Cruz,
Clerk of Court